# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

Samuel Son & Co., Inc., f/k/a  )
Samuel Specialty Metals, Inc.,  )
                Plaintiff,  )
                      )
v.  )  No. 05-3014-CV-S-FJG
                      )
Jabez Manufacturing, LLC d/b/a  )
Landau Watercraft,  )
                Defendant.  )

## **JUDGMENT**

On July 18, 2005, the Court held a hearing on Plaintiff's Motion for Default Judgment (Doc. No. 5) and the Court's Show Cause Orders dated March 24, 2005 (Doc. No. 6), and May 9, 2005 (Doc. No. 9). The defendant failed to appear either in person or by counsel. Additionally, the defendant has failed to show cause as to why default judgment should not be entered against it as was required by the Court's Show Cause Order.

In light of the above and having considered the Complaint and Motion for Default Judgment (and its attachments) filed by Plaintiff Samuel Son & Co, Inc. f/k/a Samuel Specialty Metals, Inc. ("Samuel Son"), the Court hereby finds the defendant, Jabez Manufacturing, LLC d/b/a Landau Watercraft ("Jabez Manufacturing") in default for failing to plead or otherwise defend this action within the time allowed. Plaintiff's Motion for Default Judgment (Doc. No. 5) is **GRANTED.**

Judgment is entered in favor of Samuel Son and against Jabez Manufacturing in the amount of **$151,508.81** (consisting of $142,713.81, plus $8,795.00 accrued interest calculated at nine percent (9%) per annum on the amount due from the date of the Plaintiff's demand, November 10, 2004, through July 18, 2005); for interest on the judgment amount at nine percent (9%) per annum until the date the judgment is paid in full by Jabez

Manufacturing; for the Plaintiff's allowable court costs associated with the action against Jabez Manufacturing, and for all of which execution may issue.

It is further ordered that the Clerk of the Court send a copy of this order to defendant by regular and certified mail to:

                            Jabez Manufacturing, LLC
                            d/b/a Landau Watercraft
                            2000 Industrial Dr.
                            Lebanon, MO 65536

       and                    Sandra K. Claxton
                            Registered Agent
                            281 S. Jefferson
                            Lebanon, MO 65536

**IT IS SO ORDERED.**

                            /s/Fernando J. Gaitan, Jr.
                            Fernando J. Gaitan, Jr.
                            United States District Judge

Dated:   July 20, 2005
Kansas City, Missouri